UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE MOTA VENTURA,  <br>  Petitioner,  <br>  v.  <br>JAMES A. YATES, Warden,  <br>  Respondent. | No. C 10-0762 RS (PR)  <br>  **ORDER SETTING BRIEFING SCHEDULE** |

Respondent has filed a motion to dismiss (Docket No. 17), and petitioner has filed an opposition (Docket No. 22). Respondent is not required to file a reply to petitioner's opposition, but any reply must be filed on or before July 1, 2013. **No extensions of time will be granted.** The motion will be deemed submitted for decision as of that date.

**IT IS SO ORDERED**.

DATED: May 20, 2013

RICHARD SEEBORG  
United States District Judge

No. C 10-0762 RS (PR)  
ORDER SETTING BRIEFING SCHEDULE